UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHERRY LYNNE GUTSHALL | : | |
| | : | CASE NO. 1:12-bk-06956 |
| Debtor | : | |
| | : | |
| | : | |

## MOTION FOR ORDER TO PAY TRUSTEE

      Comes now, Sherry Lynne Gutshall, by and through Dorothy L. Mott Law Office, LLC and requests an Order to pay Trustee, respectfully representing in support thereof:
    1. The Debtor filed a Chapter 13 petition at the above-captioned docket number.
    2. The Debtor receives regular income from employment which may be attached under 11 U.S.C. Section 1326 to fund the Chapter 13 Plan.
    3. The likelihood of success in this case will be much greater if the income is attached to fund the Plan.
    4. The Debtor consents to the wage attachment.
    Wherefore, the Debtor respectfully requests that this Court enter an Order to pay Trustee in the form attached.

                                              Respectfully submitted,

                                              /s/ Dorothy L. Mott
                                              _____
                                              Dorothy L Mott, Esquire
                                              Attorney ID #43568
                                              Mott & Gendron Law
                                              125 State Street
                                              Harrisburg PA 17101
                                              (717) 232-6650 TEL
                                              (717) 232-0477 FAX
                                              doriemott@aol.com

/s/Sherry Lynne Gutshall
_____
SHERRY LYNNE GUTSHALL

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHERRY LYNNE GUTSHALL | : | |
|    Debtor | : | CASE NO. 1:12-bk-06956 |
| | : | |

## ORDER TO PAY TRUSTEE

  Upon consideration of the Motion for Wage Attachment, it is hereby ORDERED that until further Order of this Court the entity from whom the Debtor, Sherry Lynne Gutshall, receives income:

DFAS-DGG-CL
GARNISHMENT OPERATIONS
PO BOX 998002
CLEVELAND, OH 44199-8002

deduct from said income the sum of $150.00 from each two-week pay check, or $75.00 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

and to change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the monthly wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

  IT IS FURTHER ORDERED that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the monthly wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

  IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

  IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
SHERRY LYNNE GUTSHALL :
    Debtor : CASE NO. 1:12-bk-06956

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>October 27, 2016</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
| --- | --- |
| CHARLES J DEHART, III<br><br>dehartstaff@pamd13trustee.com | Electronically |
| SHERRY LYNNE GUTSHALL<br>2309 DERRY STREET<br>HARRISBURG, PA 17104 | Electronically |
| DFAS-DGG-CL<br>GARNISHMENT OPERATIONS<br>PO BOX 998002<br>CLEVELAND, OH 44199-8002 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 10/27/2016

    Respectfully submitted,

    /s/ Dorothy L. Mott
    _____
    Dorothy L Mott, Esquire
    Attorney ID #43568
    Mott & Gendron Law
    125 State Street
    Harrisburg PA 17101
    (717) 232-6650 TEL
    (717) 232-0477 FAX
    doriemott@aol.com