```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 12-06956-RNO
Sherry Lynne Gutshall                                           Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1      User: AGarner            Page 1 of 1           Date Rcvd: May 25, 2017
                          Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
4250675        +The Bank of New York Mellon, et al,   GMAC Mortgage, LLC,    Attn: Payment Processing,
                  3451 Hammond Avenue,    Waterloo, IA 50702-5300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Chrisovalante Fliakos    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of
               New York As Successor   et al. pamb@fedphe.com
              Dorothy L Mott    on behalf of Debtor Sherry Lynne Gutshall DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Jennie C. Tsai    on behalf of Creditor    The Bank of New York Mellon, et al...
               Jennie.Tsai@phelanhallinan.com
              Joseph P Schalk    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor   et al. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    The Bank of New York Mellon, et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Sherry Lynne Gutshall karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Mario John Hanyon    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
               ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS
               TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, IN pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact
               Ocwen Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                               TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-06956-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Sherry Lynne Gutshall
2309 Derry Street
Harrisburg PA 17104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/24/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: The Bank of New York Mellon, et al, GMAC Mortgage, LLC, Attn: Payment Processing, 3451 Hammond Avenue, Waterloo, IA 50702

Name and Address of Transferee:

U.S. Bank National Association
Nationstar Mortgage LLC
PO BOX 619094
Dallas, TX 75261
U.S. Bank National Association
Nationstar Mortgage LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/27/17

Terrence S. Miller
**CLERK OF THE COURT**