Certificate Number: 11760-PAM-DE-030119189

Bankruptcy Case Number: 12-06956


11760-PAM-DE-030119189

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 2, 2017</u>, at <u>5:31</u> o'clock <u>PM PDT</u>, <u>Sherry Gutshall</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 3, 2017</u>   By: <u>/s/Jennifer L Walter</u>

Name: <u>Jennifer L Walter</u>

Title: <u>Teacher</u>