# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: William Simpson | : Chapter 13 |
| | : Bankruptcy No.17-16898-elf |
| Debtor | : |
| | : 11 U.S.C. § 362 |

MTGLQ Investors, LP
                           Secured Creditor
         vs.
William Simpson

                               Debtor
           and
Bonnie B. Finkel, Esquire

                               Trustee
                            RESPONDENTS

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)

To the Debtor, Trustee, All Creditors and All Other Interested Parties:

      Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, MTGLQ Investors, LP, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

      PLEASE TAKE NOTICE that the undersigned attorney requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned.

      PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

| MAIL TO: | Respectfully submitted, |
|---|---|
| One Jenkintown Station |   /s/Sarah K. McCaffery |
| 115 West Avenue | Sarah K. McCaffery, Esquire |
| Suite 104 | Richard M. Squire & Assoc., LLC |
| Jenkintown, PA 19046 | One Jenkintown Station |
| | 115 West Avenue, Suite 104 |
| | Jenkintown, PA 19046 |
| | (215) 886-8790 |
| | (215) 886-8791 (fax) |
| | smccaffery@squirelaw.com (email) |

Dated: 12/21/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: William Simpson : Chapter 13
: Bankruptcy No.17-16898-elf
Debtor :
: 11 U.S.C. § 362

MTGLQ Investors, LP
                Secured Creditor
    vs.
William Simpson

                Debtor
    and
Bonnie B. Finkel, Esquire

                Trustee
RESPONDENTS

## CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance/Request for Notice electronically and/or via First Class Mail, postage prepaid.

Date Served: 12/21/2017

Bonnie B. Finkel, Esquire
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

William A. Habib, Esquire
Habib Law Associates LLC
2390 Thyme Court
Jamison, PA 18929

William Simpson
5651 Belmont Manor Dr.
Pipersville, PA 18947

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                    /s/ Sarah K. McCaffery
                    Sarah K. McCaffery, Esquire
                    Richard M. Squire & Associates, LLC
                    One Jenkintown Station
                    115 West Avenue, Suite 104
                    Jenkintown, PA 19046
                    (215) 886-8790
                    (215) 886-8791 (fax)
                    smccaffery@squirelaw.com  (email)
                    Attorney for Secured Creditor