IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   Sherry Lynne Gutshall        : Chapter 13
                                      : Bankruptcy No.12-06956-rno
         Debtor                       :
                                      : 11 U.S.C. § 362

MTGLQ Investors, LP
                      Secured Creditor
            vs.
Sherry Lynne Gutshall

                      Debtor
         and
Charles J. DeHart, III Esquire
                      Trustee
                      RESPONDENTS

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)**

To the Debtor, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, MTGLQ Investors, LP, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

| MAIL TO: | Respectfully submitted, |
|---|---|
| One Jenkintown Station | /s/ Sarah K. McCaffery |
| 115 West Avenue | Sarah K. McCaffery, Esquire |
| Suite 104 | Richard M. Squire & Assoc., LLC |
| Jenkintown, PA 19046 | One Jenkintown Station |
| | 115 West Avenue, Suite 104 |
| | Jenkintown, PA 19046 |
| | (215) 886-8790 |
| | (215) 886-8791 (fax) |
| | smccaffery@squirelaw.com (email) |

Dated: 12/21/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Sherry Lynne Gutshall | : Chapter 13 |
| | : Bankruptcy No.12-06956-rno |
| Debtor | : |
| | : 11 U.S.C. § 362 |

MTGLQ Investors, LP

                    Movant

vs.

Sherry Lynne Gutshall
and

                    Debtor

        and

Charles J. DeHart, III Esquire

                    Trustee
                RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance/Request for Notice electronically and/or via First Class Mail, postage prepaid.

Date Served: 12/21/2017

Charles J. DeHart, III Esquire
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Kara Katherine Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Sherry Lynne Gutshall
2309 Derry Street
Harrisburg, PA 17104

I hereby certify the foregoing to be true and correct under penalty of perjury.

   /s/ Sarah K. McCaffery
Sarah K. McCaffery, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
(215) 886-8790
(215) 886-8791 (fax)
smccaffery@squirelaw.com  (email)
Attorney for Secured Creditor