In re:  
Sherry Lynne Gutshall  
    Debtor

Case No. 12-06956-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AGarner      Page 1 of 1      Date Rcvd: Jan 08, 2018  
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.  
4925455      +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO BOX 619094,    Dallas, TX 75261,    U.S. Bank National Association,    Nationstar Mortgage LLC 75261-9094

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:

     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com  
     Chrisovalante Fliakos    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As Successor   et al. pamb@fedphe.com  
     Dorothy L Mott    on behalf of Debtor 1 Sherry Lynne Gutshall DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com  
     Jennie C. Tsai    on behalf of Creditor    The Bank of New York Mellon, et al... Jennie.Tsai@phelanhallinan.com  
     Joseph P Schalk    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As Successor   et al. jschalk@barley.com,   sromig@barley.com  
     Joshua I Goldman    on behalf of Creditor    The Bank of New York Mellon, et al... bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
     Kara Katherine Gendron    on behalf of Debtor 1 Sherry Lynne Gutshall karagendronecf@gmail.com, doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com  
     Mario John Hanyon    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, IN pamb@fedphe.com  
     Robert Patrick Wendt    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As Successor   et al. pamb@fedphe.com  
     Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
     William Edward Miller    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
                                  TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-06956-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Sherry Lynne Gutshall
2309 Derry Street
Harrisburg PA 17104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/08/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: U.S. Bank National Association, Nationstar Mortgage LLC, PO BOX 619094, Dallas, TX 75261, U.S. Bank National Association, Nationstar Mortgage LLC | MTGLQ Investors, LP<br>PO Box 55004, Irvin, CA 92619<br>MTGLQ Investors, LP<br>PO Box 55004, Irvin, CA 92619 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/10/18

Terrence S. Miller
**CLERK OF THE COURT**